# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-861(L); 22-937(CON)

**Caption [use short title]**

**Motion for:** Defendant-Appellant Edward Mangano requests permission to divide his oral argument between two attorneys and requests additional time for oral argument.

Set forth below precise, complete statement of relief sought:
Mr. Edward Mangano seeks permission to divide his oral argument between two of his attorneys, Mr. Morris J. Fodeman and Mr. Fred A. Rowley, Jr. Mr. Mangano also proposes the following time allotment for oral argument, to which the government consents: 20 minutes for Mr. Mangano and a commensurate amount of time for the government.

United States of America v. Edward Mangano

**MOVING PARTY:** Edward Mangano    **OPPOSING PARTY:** United States of America

☐ Plaintiff    ☑ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Morris J. Fodeman    **OPPOSING ATTORNEY:** Catherine M. Mirabile
[name of attorney, with firm, address, phone number and e-mail]

Wilson Sonsini Goodrich & Rosati, P.C.    United States Attorney's Office, EDNY
1301 Avenue of the Americas, 40th Floor, New York, NY 10019    100 Federal Plaza, Central Islip, NY 11722
(212) 497-7704; mfodeman@wsgr.com    (631) 715-7868; Catherine.M.Mirabile@usdoj.gov

**Court- Judge/ Agency appealed from:** United States District Court for the Eastern District of New York - Hon. Joan M. Azrack

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Morris J. Fodeman    **Date:** 08/15/2023    Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :      Docket Nos. 22-861(L),
            Appellee,                                      :      22-937 (CON)
                                                           :
      v.                                                   :
                                                           :
JOHN VENDITTO,                                             :
                                                           :
            Defendants,                                    :
                                                           :
LINDA MANGANO, EDWARD MANGANO,                             :
                                                           :
            Defendant-Appellant.                           :
-----------------------------------------------------------X
```

**UNOPPOSED MOTION TO DIVIDE TIME AT ORAL ARGUMENT AND FOR ADDITIONAL TIME TO PRESENT ORAL ARGUMENT**

Pursuant to Second Circuit Rule 34.1(c), counsel for Defendant-Appellant Edward Mangano respectfully requests that the Court allow counsel to divide oral argument between two of Mr. Mangano's appellate attorneys—Morris J. Fodeman and Fred A. Rowley, Jr. In addition, pursuant to Second Circuit Rule 34.1(d), Mr. Mangano requests 20 minutes for his oral argument and a commensurate amount of time for the government. The government consents to Mr. Mangano's motion to divide time between his attorneys and for additional time for oral argument.

1. This case has not yet been scheduled for oral argument.

2. Given the complexity and sheer number of the issues on appeal, the immense record, and the oversized briefing—for Mr. Mangano's appeal alone, a

combined total of 94,685 words (59,685 more than allowed in a normal appeal)—counsel for Mr. Mangano elected to divide the responsibility of briefing the appeal. Counsel proposes that oral argument be divided according to their respective areas of responsibility. Specifically, counsel proposes that Mr. Rowley argue the honest services fraud and federal program bribery issues and that Mr. Fodeman argue the remaining issues.

3. As explained in prior motions, this appeal involves an immense record, spanning two trials with a combined length of 20 weeks and more than 13,000 pages of combined trial testimony and over 450 docket entries. There were substantial pre-trial and post-trial motions as well as multiple, lengthy decisions on the issues that are the subject of Mr. Mangano's appeal. Mr. Mangano's opening brief is 141 pages; the government's response brief is 213 pages; and Mr. Mangano's reply brief is 82 pages. Mr. Mangano's appeal presents six discrete issues with multiple sub-issues. Mr. Mangano is also currently serving a 12-year sentence. Mr. Mangano therefore submits that divided argument according to counsel's areas of expertise will be the most productive use of the Court's time.

4. This Court has granted requests to divide oral argument in similarly complex cases. *See, e.g.*, *United States v. Wilson*, No. 07-1320 (2d Cir. Feb. 23, 2009) (granting appellant's request to divide argument between two attorneys in complex case with oversized briefing); *United States v. Curanovic*, No. 14-1649, Dkt. 78 (2d Cir. Feb. 26, 2015) (similar).

5. Attached as **Exhibit A** is an updated oral argument form that reflects Mr. Fodeman's and Mr. Rowley's availability for oral argument through January 2024.

6. For the same reasons set forth above, Mr. Mangano believes that additional time is necessary to present effective oral argument. Specifically, Mr. Mangano proposes that he be allotted 20 minutes for argument and that the government be allotted a commensurate amount of time.

7. The Advisory Committee has indicated that "where additional time is necessary it should be freely granted on a proper showing of cause therefor." 1967 Advisory Committee Notes, Fed. R. App. P. 34. The Advisory Committee also noted that where "counsel for multiple parties … constitute a single side," additional time may be requested. *Id.*; *see also United States v. Wilson*, No. 07-1320 (2d Cir. Oct. 16, 2009) (granting request to allot 45 minutes for oral argument to each side). WHEREFORE, Mr. Mangano respectfully requests that:

8. The Court allow Mr. Mangano's counsel to divide oral argument between his two attorneys; and

9. The Court allot 20 minutes to Mr. Mangano for oral argument and a commensurate amount of time to the government.

3

Dated: August 15, 2023            Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Morris J. Fodeman*
Morris J. Fodeman
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800

*Counsel for Defendant-Appellant Edward Mangano*

## CERTIFICATE OF COMPLIANCE
## <u>WITH TYPE-VOLUME LIMITATION</u>

This motion complies with the word limit of Fed. R. App. P. 27(d)(2) because it contains 571 words, excluding the parts exempted by Fed R. App. P. 32(f) and 27(d)(2).

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

Dated: August 15, 2023  Respectfully submitted,
New York, New York

s/ *Morris J. Fodeman*
Morris J. Fodeman

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 15, 2023, an electronic copy of this Unopposed Motion to Divide Time at Oral Argument and for Additional Time to Present Oral Argument was filed with the Clerk of Court using the ECF system.

Dated: August 15, 2023  
       New York, New York

Respectfully submitted,

s/ *Morris J. Fodeman*  
Morris J. Fodeman

# Exhibit A

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## ORAL ARGUMENT STATEMENT (Local Rule 34.1(a))

**TO REQUEST ORAL ARGUMENT, FILL OUT THIS FORM AND FILE IT WITH THE CLERK WITHIN 14 DAYS AFTER THE FILING OF THE LAST APPELLEE BRIEF. IF THIS FORM IS NOT TIMELY FILED, YOU WILL NOT BE PERMITTED TO ARGUE IN PERSON.**

Short Title of Case: United States of America v. Edward Mangano

Docket No.: 22-861(L); 22-937(CON)

Name of Party: Edward Mangano

Status of Party (e.g., appellant, cross-appellee, etc.): Defendant-Appellant

Check one of the three options below:

[✔] I want oral argument.

[ ] I want oral argument only if at least one other party does.

[ ] I do not want oral argument.

An attorney whose preference depends on whether other attorneys will argue should consider conferring before requesting argument. After the appeal has been scheduled for oral argument, a motion by counsel to forgo oral argument, even on consent, may be denied.

If no party wants oral argument, the case will be decided on the basis of the written briefs. If you want oral argument, you must appear in Court on the date set by the Court for oral argument.

**The Court may determine to decide a case without oral argument even if the parties request it.**

**If you want oral argument**, state the name of the person who will argue:

Name: Morris J. Fodeman and Fred A. Rowley, Jr.

(An attorney must be admitted to practice before the Court in accordance with Local Rule 46.1.)

**If you want oral argument**, list any dates (including religious holidays), that fall in the interval from 6 to 20 weeks after the due date of this form, that the person who will argue is not available to appear in Court:

Mr. Fodeman: Aug. 28 - Sept. 1; Sept. 5; Sept.15; Sept. 25; Oct. 2 - 10; Oct. 26 - Nov. 30; Dec. 18 - 29, 2023.

Mr. Rowley: Aug. 24; Sept. 5; Sept. 13, 2023.

**ANYONE WHO WANTS TO ARGUE MUST UPDATE THE COURT IN WRITING OF ANY CHANGE IN AVAILABILITY. THE COURT MAY CONSIDER A FAILURE TO UPDATE ABOUT AVAILABILITY WHEN DECIDING A MOTION TO POSTPONE A SET ARGUMENT DATE.**

**Filed by**:

Print Name: Morris J. Fodeman

Date: 08/15/2023

Signature: /s/ Morris J. Fodeman

(Revised December 2011)