**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: December 08, 2023<br>Docket #: 22-861cr<br>Short Title: United States of America v. Mangano (Linda Mangano) | DC Docket #: 2:16-cr-540-2<br>DC Court: EDNY (CENTRAL ISLIP)DC Docket #: 2:16-cr-540-1<br>DC Court: EDNY (CENTRAL ISLIP)<br>DC Judge: Locke<br>DC Judge: Azrack |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8628.